UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALDAZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security Administration,<br><br>　　　　　Defendant. | Case No. CV 04-8505-RC<br><br><br>JUDGMENT |

　　　IT IS ADJUDGED that Judgment shall be entered awarding disability benefits to plaintiff under Title II of the Social Security Act, 42 U.S.C. § 423.

DATED: ___July 5, 2006___　　　　　___/s/ Rosalyn M. Chapman___
　　　　　　　　　　　　　　　　　　　　ROSALYN M. CHAPMAN
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

R&R-MDO\04-8505.jud
7/5/06