1  JAMES P. SHEA, ESQ. (STATE BAR NO. 162483)
   Law Offices of Susan R. Wasserman
2  5055 Wilshire Boulevard, Suite 340
   Los Angeles, California 90036
3  Telephone (323) 954-9600
   Facsimile (323) 954-9616
4  E-mail      lawoffice5750@aol.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EDWARD ALDAZ, | NO. CV 04-8505-RC |
| Plaintiff, | **[PROPOSED] ORDER AWARDING ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b)** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ORDERED THAT James P. Shea, attorney for Plaintiff Edward Aldaz, be awarded an attorney fee of $14,115.00, pursuant to the provisions of 42 U.S.C. § 406(b). Upon receipt of this fee, attorney Shea will promptly reimburse Plaintiff Edward Aldaz the sum of $3,430.74, constituting the amount of the attorney fee previously awarded under the EAJA pursuant to 28 U.S.C. § 2412(d).

Dated: _January 12, 2009      /S/ Rosalyn M. Chapman

ROSALYN M. CHAPMAN
UNITED STATES MAGISTRATE JUDGE